# EXHIBIT B



ClerkNet

Home | Search | Case Lists | Logout

Subscribe To Email Alerts | Return To Search | View Printer Friendly Version

**Case Details**

| | | | |
|---|---|---|---|
| Case Number: | 2020 CA 002127 NC | Uniform Case Number: | 582020CA002127XXXANC |
| Case File Date: | 05/14/2020 | Case Close Date: | |

**Party Information**

| Party Name | Party Type | Attorne |
|---|---|---|
| KRAMER, FRANCIS | Plaintiff | GOODE |
| KRAMER, CHRISTINE | Plaintiff | GOODE |
| STANTEC CONSULTING SERVICES, INC | Defendant | |

**Case Fees**

| Fee Description | Total Fee | Amount Paid | Wai |
|---|---|---|---|
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.0 |
| COMPLAINT | $400.00 | $400.00 | $0.0 |
| TOTAL | $410.00 | $410.00 | $0.0 |

**Case Docket**

📁 - Available    📁 - Protected    📁 - Sealed    📁 - Viewable On Request (VOR)    ⏱ - VOR

Create PDF From Selected

| ☑ Add All | Docket Date | DIN | Description |
|---|---|---|---|
| ☑ | 5/20/2020 | 6 | SUMMONS SERVED - STANTEC CONSULTING SERVICES INC |
| ☑ | 5/15/2020 | 5 | PAYMENT $10.00 RECEIPT #2020041723 |
| ☑ | 5/15/2020 | 4 | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE - STANTEC CONSULTING SERVICES INC- ISSUED 05/15/2020 |
| ☑ | 5/14/2020 | 3 | PAYMENT $400.00 RECEIPT #2020041592 |
| ☑ | 5/14/2020 | 2 | COMPLAINT |
| ☑ | 5/14/2020 | 1 | CIVIL COVER SHEET |

Filing # 107483981 E-Filed 05/14/2020 02:06:29 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>TWELFTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>SARASOTA</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Francis Kramer, Christine Kramer</u>
 Plaintiff
                        vs.
<u>Stantec Consulting Services, Inc.</u>
 Defendant

**II.     AMOUNT OF CLAIM**
       Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>150,000</u>

**III.     TYPE OF CASE**     (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
　☐ Business governance
　☐ Business torts
　☐ Environmental/Toxic tort
　☐ Third party indemnification
　☐ Construction defect
　☐ Mass tort
　☐ Negligent security
　☐ Nursing home negligence
　☐ Premises liability – commercial
　☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
　☐ Commercial foreclosure
　☐ Homestead residential foreclosure
　☐ Non-homestead residential foreclosure
　☐ Other real property actions
☐ Professional malpractice
　☐ Malpractice – business
　☐ Malpractice – medical

　☐ Malpractice – other professional
☐ Other
　☐ Antitrust/Trade Regulation
　☐ Business Transaction
　☐ Circuit Civil - Not Applicable
　☐ Constitutional challenge-statute or ordinance
　☐ Constitutional challenge-proposed amendment
　☐ Corporate Trusts
　☐ Discrimination-employment or other
　☐ Insurance claims
　☐ Intellectual property
　☐ Libel/Slander
　☐ Shareholder derivative action
　☐ Securities litigation
　☐ Trade secrets
　☐ Trust litigation

☐ County Civil
　☐ Small Claims up to $8,000
　☐ Civil
　☐ Replevins
　☐ Evictions
　☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

IV.     **REMEDIES SOUGHT** (check all that apply):
      ☒ Monetary;
      ☐ Non-monetary declaratory or injunctive relief;
      ☐ Punitive

V.     **NUMBER OF CAUSES OF ACTION:**
      (Specify)

      <u>1</u>

VI.     **IS THIS CASE A CLASS ACTION LAWSUIT?**
      ☐ Yes
      ☒ No

VII.     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
      ☒ No
      ☐ Yes – If "yes" list all related cases by name, case number and court:

VIII.     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
      ☐ Yes
      ☒ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   <u>s/ Brian Goodrich</u>
          Attorney or party
FL Bar No.:  <u>106948</u>
        (Bar number, if attorney)
         <u>Brian Goodrich</u>
        (Type or print name)
  Date:  <u>05/14/2020</u>

Filing # 107483981 E-Filed 05/14/2020 02:06:29 PM

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA**

**FRANCIS KRAMER** and **CHRISTINE KRAMER**

      Plaintiffs,

v.                                  **CASE NO.**

**STANTEC CONSULTING SERVICES INC.**,
a foreign corporation

      Defendant.

_____/

## <u>COMPLAINT</u>

      Plaintiffs, **FRANCIS KRAMER** and **CHRISTINE KRAMER** (collectively, "Plaintiffs"

or the "Kramers") sue Defendant, **STANTEC CONSULTING SERVICES INC.**, a foreign

corporation ("Defendant" or "Stantec") and state as follows:

      1.      This is an action for negligence with damages in excess of the jurisdictional

requirement of this Court, exclusive of attorney's fees and costs.

      2.      Plaintiffs are individuals residing in Sarasota County, Florida.

      3.      Defendant is a foreign corporation doing business in Sarasota County, Florida.

      4.      Venue is proper because the cause of action accrued in Sarasota County, Florida.

      5.      All conditions precedent to this action have occurred, have been satisfied, or have

been waived.

      6.      The Kramers own and reside at the property located at 5428 Siesta Cove Drive,

Sarasota (the "Property"), a 6-year old home on Siesta Key.

      7.      In or around 2016, Sarasota County embarked on a multi-year phased plan to

decommission the Siesta Key Utility Authority and pump wastewater to the mainland for treatment

at one of two regional facilities rather than to a treatment plant on Siesta Key.

1

8.      As part of this project, in or around April 2016, Sarasota County contracted for the performance of construction services related to force main and water main work as part of the Siesta Key Main phase I and Water Main, ICW Crossing to U.S. 41 Profit, Bid No. 153159CS and Contract No. 2016-258, in Sarasota County, Florida.

9.      A portion of the work would proceed on a 15-foot utility easement along the south end of the Property.

10.     Stantec, as engineer of record for the project, prepared all project drawings for the project and called for a bore drilling method to accomplish the project.

11.     In addition to preparing all project plans, Stantec reviewed various contractors submitting bids for the construction work and ultimately approved of **SOUTHERN UNDERGROUND INDUSTRIES, INC.,** ("Southern Underground"), the contractor hired to perform the phase I construction on the Property.

12.     Further, Stantec provided monitoring services for the project and, while not the general contractor, it oversaw all engineering aspects of the project and directed the general contractor's actions in that regard.

13.     In accordance with Stantec's project drawings, Southern Underground performed horizontal directional drilling on a 15-foot utility easement on the south end of the Property.

14.     The original plan, as conveyed to the Kramers, was to drill from Phillippi Estates on the mainland and to drill in the 15 ft easement alongside the Kramer property and exit in the cul-de-sac. Stantec at some point changed those plans and decided to drill from the Siesta Key side.

15.     Stantec, concerned about damaging the residence, took an additional safety precaution of calling for 28-inch casings alongside the Property's garage to protect the structure during the boring.

16.     At Stantec's request, Southern Underground began drilling as much as twelve hours per day, five days per week.

17.     When installing one casing, Southern Underground ran into what they deemed an obstruction. At Stantec's request, Southern Underground continued turning the casing for two days attempting to quickly proceed through construction.

18.     During the installation of the casing, the Kramers complained of extreme vibration in the Property to Stantec. Stantec minimized and disregarded the Kramers' concerns.

19.     After the end of the second day installing the casing, a wall on the Property adjacent to the garage sustained a vertical drop such that a significant crack formed.

20.     Stantec determined that, due to the continued drilling directed by Stantec, a casing weld had broken alongside the Property's garage.

21.     After a temporary stoppage in work, Stantec ordered that the work resume, without any modification to the plans that were evidently causing damage to the Property.

22.     When the work resumed, Stantec's plans called for a soil separator. This piece of equipment ran at a low frequency and a very high sound pressure level resulting in severe vibrations and excessively loud noise emanating to the Property.

23.     Although a reasonable engineer would have made plans for noise abatement, Stantec made no such plans despite the soil separator emitting noise levels far exceeding the maximum levels provided for in County noise level ordinances.

24.     The Kramers, again, complained about the noise and severe vibrations which shook the Property the entire time work progressed.

25.     Even after Stantec received complaints from the Kramers regarding the noise levels and severe vibrations, Stantec still made no attempt at assessing the problem or analyzing alternative methods to complete the project as a reasonable engineer would have. Instead, Stantec again minimized the Kramers' concerns and directed that the project continue. Stantec made no meaningful attempt at noise abatement either.

26.     Instead, the soil separator ran virtually non-stop for five days per week over the next nine to ten months in front of the Property, rattling the Property's walls and surfaces all the while.

27.     At a certain point, the vibrations were so severe that the Kramers' front door, composed, in part, of hurricane impact glass, cracked and oozed the polymer holding together the windowpanes.

28.     When foundational cracks began forming around the six-year-old Property, the Kramers showed Stantec the damages already sustained and asked them to consider alternatives to the horizontal directional drilling called for by Stantec's plans, which was destroying their Property.

29.     Although Stantec acknowledged the problem, it, again, ignored the Kramers and directed that drilling continue.

30.     Stantec's negligence resulted in additional damages to the Property, including but not limited to the following: cracks in the garage began oozing a clay-like residue; the floor of the Property became bouncy; and, after four months of vibrations, a chandelier in the foyer came crashing down after the hook holding it up failed under the constant vibration.

31.     Stantec, in preparing project drawings for construction on an easement across the Kramer's Property and monitoring such construction, owed a duty to the Kramers.

32.     Stantec breached such duty by negligently preparing project drawings such that the work performed in accordance with such drawings caused the Property to sustain structural cracks and other damage, including a shift in the Property's interior floor elevation.

33.     Additionally, Stantec breached such duty as a result of its negligence in monitoring the progression of the project. A reasonable engineer of record would have assessed the damages and determined an alternative to the destruction of private property.

34.     As a direct and proximate result of Stantec's negligence, the Kramers sustained damages including but not limited to damages for repair.

35.     Additionally, even fully repaired, the Property has lost substantial value because of the structural damages cause by Stantec's negligent engineering work.

WHEREFORE, the Kramers request this Court issue judgment against Stantec for damages and provide any such other and further relief as this Court deems just and proper.

**BENTLEY & BRUNING, P.A**.

*Brian D. Goodrich /s/*
_____
MORGAN R. BENTLEY, ESQ.
Florida Bar No. 0962287
mbentley@bentleyandbruning.com
**BRIAN D. GOODRICH, ESQ.**
Florida Bar No. 0106948
bgoodrich@bentleyandbruning.com
783 South Orange Avenue
Suite 300
Sarasota, Florida 34236
Phone: 941-556-9030
Facsimile: 941-312-5316
Attorneys for Plaintiffs
Secondary: jbradley@bentleyandbruning.com

# Sarasota County Receipt of Transaction

## Receipt #    2020041592

Karen E. Rushing
Clerk of the Circuit Court and County Comptroller
Sarasota County, FL
www.SarasotaClerk.com

**Received From:**
STANTEC CONSULTING SERVICES, INC
512 STATION WAY
SARASOTA, FL  34236

**On Behalf Of:**

On: 5/14/20  5:41 pm  By: jroca
Transaction # 100987533

CaseNumber  2020 CA 002127 NC

**Judge  STEPHEN WALKER**

**FRANCIS KRAMER  *VS*  STANTEC CONSULTING SERVICES, INC**

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (CPL) COMPLAINT | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| Total: | **400.00** | **0.00** | **0.00** | **400.00** | **400.00** | **0.00** |
| Grand Total: | **400.00** | **0.00** | **0.00** | **400.00** | **400.00** | **0.00** |

PAYMENTS

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| E-Portal | 27995100 | OK | 400.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| | | Payments Total: | **400.00** | **0.00** | **0.00** | **0.00** | **400.00** |

Filing # 107513414 E-Filed 05/15/2020 08:32:49 AM

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## IN AND FOR SARASOTA COUNTY, FLORIDA

**FRANCIS KRAMER** and **CHRISTINE
KRAMER**

      Plaintiffs,

v.                                  **CASE NO. 2020 CA 002127 NC**

**STANTEC CONSULTING SERVICES INC.**,
a foreign corporation

      Defendant.

_____/

### SUMMONS

**THE STATE OF FLORIDA:**
**TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:**
**GREETINGS:**

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint

in the above-styled cause upon the Registered Agent of the Defendant, as follows:

**STANTEC CONSULTING SERVICES INC.**
**c/o Corporation Service Company**
**Its Registered Agent**
**1201 Hays Street**
**Tallahassee, Florida 32301**

      The Defendant is hereby required to serve written defense to said Complaint on Plaintiffs'

attorney, whose name and address is as follows:

**BRIAN D. GOODRICH, ESQ,**
**Bentley and Bruning, P.A.**
**783 South Orange Avenue**
**Suite 300**
**Sarasota, Florida 34236**

**within 20 days after service of this Summons** upon that Defendant, exclusive of the date of

service, and to file the original of said written defenses with the clerk of the said court either before

service on plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default

will be entered against the Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on ___5/15/2020___, 2020.

KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT   **CLERK OF THE CIRCUIT COURT**

By: _____

Deputy Clerk

**NOTICE: If you a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P. O. Box 3079, Sarasota, Florida 34230 (941)861-7400, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

**If you cannot afford an attorney, contact Gulfcoast Legal Services at 941-366-7146 or <u>www.gulfcoastlegal.org</u>, or Legal Aid of Manasota at 941-366-0038 or <u>www.legalaidofmanasota.org</u>. If you do not qualify for free legal assistance or do not know an attorney, you may call an attorney referral service (listed in the phone book), or contact the Florida Bar Lawyer Referral Service at (800) 342-8011.**

# Sarasota County Receipt of Transaction

## Receipt #     2020041723

Karen E. Rushing
Clerk of the Circuit Court and County Comptroller
Sarasota County, FL
www.SarasotaClerk.com

**Received From:**
BENTLEY AND BRUNING, P

,

**On Behalf Of:**

On:  5/15/20  12:05 pm  By:  kmclaurin
Transaction # 100987669

,

| CaseNumber   2020 CA 002127 NC |
|---|

**Judge   STEPHEN WALKER**

**FRANCIS KRAMER   *VS*   STANTEC CONSULTING SERVICES, INC**

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (CPL) COMPLAINT | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (SUMCIRE) SUMMONS CIRCUIT EFILED - REQUEST | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Total: | 410.00 | 400.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Grand Total: | 410.00 | 400.00 | 0.00 | 10.00 | 10.00 | 0.00 |

| PAYMENTS |
|---|

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| E-Portal | 28000339 | OK | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| | Payments Total: | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |

Page 1 of 1

Filing # 107723240 E-Filed 05/20/2020 10:17:15 AM

Served Date: _May 19, 2020_ Time: _____
Christopher Kady #237
2nd Judicial Circuit

Filing # 107513414 E-Filed 05/15/2020 08:32:49 AM

### IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
### IN AND FOR SARASOTA COUNTY, FLORIDA

**FRANCIS KRAMER** and **CHRISTINE KRAMER**

      Plaintiffs,

v

           **CASE NO. 2020 CA 002127 NC**

**STANTEC CONSULTING SERVICES INC.,**
a foreign corporation

      Defendant

_____/

### SUMMONS

**THE STATE OF FLORIDA:**
**TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:**
**GREETINGS:**

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint

in the above-styled cause upon the Registered Agent of the Defendant, as follows:

**STANTEC CONSULTING SERVICES INC.**
**c/o Corporation Service Company**
**Its Registered Agent**
**1201 Hays Street**
**Tallahassee, Florida 32301**

      The Defendant is hereby required to serve written defense to said Complaint on Plaintiffs'

attorney, whose name and address is as follows:

**BRIAN D. GOODRICH, ESQ,**
**Bentley and Bruning, P.A.**
**783 South Orange Avenue**
**Suite 300**
**Sarasota, Florida 34236**

**within 20 days after service of this Summons** upon that Defendant, exclusive of the date of

service, and to file the original of said written defenses with the clerk of the said court either before

Filed  05/15/2020 09:35 AM - Karen E. Rushing, Clerk of the Circuit Court, Sarasota County, FL

**Filed  05/20/2020 10:32 AM - Karen E. Rushing, Clerk of the Circuit Court, Sarasota County, FL**

service on plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default

will be entered against the Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and seal of said Court on _5/15/2020_____, 2020.

KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT  **CLERK OF THE CIRCUIT COURT**

By:_____

Deputy Clerk

**NOTICE: If you a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Sarasota County Jury Office, P. O. Box 3079, Sarasota, Florida 34230 (941)861-7400, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

**If you cannot afford an attorney, contact Gulfcoast Legal Services at 941-366-7146 or www.gulfcoastlegal.org, or Legal Aid of Manasota at 941-366-0038 or www.legalaidofmanasota.org. If you do not qualify for free legal assistance or do not know an attorney, you may call an attorney referral service (listed in the phone book), or contact the Florida Bar Lawyer Referral Service at (800) 342-8011.**

# RETURN OF SERVICE

State of Florida          County of Sarasota          Circuit Court

Case Number: 2020 CA 002127 NC

Plaintiff:
**FRANCIS KRAMER AND CHRISTINE KRAMER**

vs.

Defendant:
**STANTEC CONSULTING SERVICES INC., A FOREIGN CORPORATION**

For:
BENTLEY & BRUNING P.A.

KDY2020019163

Received by Suncoast of Florida Investigations on the 18th day of May, 2020 at 2:26 pm to be served on **STANTEC CONSULTING SERVICES INC. C/O CORPORATION SERVICE COMPANY ITS REGISTERED AGENT, 1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, Christopher S. Kady, do hereby affirm that on the **19th day of May, 2020 at 11:30 am,** I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Kaneisha Gross as Service Liaison** authorized to accept service, of the within named corporation, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301** on behalf of **STANTEC CONSULTING SERVICES INC.,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 27, Sex: F, Race/Skin Color: Black, Height: 5'10", Weight: 175, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.          "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**Christopher S. Kady**
Process Server #307

**Suncoast of Florida Investigations**
**PO Box 536**
**Sarasota, FL 34230**
**(941) 366-7543**

Our Job Serial Number: KDY-2020019163

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m