# EXHIBIT C



**Bill Furst**
**SARASOTA COUNTY**
**PROPERTY APPRAISER**

## Property Record Information for 0084130012

**Ownership:**
KRAMER FRANCIS J (LIFE EST)
KRAMER CHRISTINE (LIFE EST)
KRAMER FAMILY LIVING TRUST
5428 SIESTA COVE DR, SARASOTA, FL, 34242-1713
**Situs Address:**
5428 SIESTA COVE DR SARASOTA, FL, 34242

**Land Area:** 14,626 Sq.Ft.
**Municipality:** Sarasota County
**Subdivision:** 1880 - SIESTA COVE SUB
**Property Use:** 0100 - Single Family Detached
**Status** OPEN
**Sec/Twp/Rge:** 07-37S-18E
**Census:** 121150019041
**Zoning:** RSF2 - RESIDENTIAL, SINGLE FAMILY
**Total Living Units:** 1
**Parcel Description:** LOT 38 SIESTA COVE SUB

## Buildings

| Situs - click address for building details | Bldg # | Beds | Baths | Half Baths | Year Built | Eff Yr Built | Gross Area | Living Area | Stories |
|---|---|---|---|---|---|---|---|---|---|
| 5428 SIESTA COVE DR SARASOTA, FL, 34242 | 1 | 3 | 3 | 1 | 2011 | 2011 | 6,116 | 3,849 | 2 |

## Extra Features

| line # | Building Number | Description | Units | Unit Type | Year |
|---|---|---|---|---|---|
| 1 | 0 | Photovoltaic panels per rated KW | 6.48 | EA | 2012 |
| 2 | 1 | Boat Dock | 230 | SF | 2006 |
| 3 | 1 | Patio - concrete or Pavers | 464 | SF | 2011 |
| 4 | 1 | Swimming Pool | 288 | SF | 2011 |
| 5 | 1 | Canal Seawall (Pre-Cast Conc) | 140 | LF | 1977 |

## Values

| Year | Land | Building | Extra Feature | Just | Assessed | Exemptions | Taxable | Cap |
|---|---|---|---|---|---|---|---|---|
| 2019 | $944,700 | $888,400 | $63,300 | $1,896,400 | $1,586,247 | $50,000 | $1,536,247 | $310,153 |
| 2018 | $1,506,000 | $887,300 | $46,500 | $2,439,800 | $1,556,670 | $50,000 | $1,506,670 | $883,130 |
| 2017 | $1,391,400 | $875,300 | $40,000 | $2,306,700 | $1,524,652 | $50,000 | $1,474,652 | $782,048 |
| 2016 | $1,351,200 | $1,027,900 | $43,400 | $2,422,500 | $1,493,293 | $50,000 | $1,443,293 | $929,207 |
| 2015 | $1,314,400 | $833,900 | $42,900 | $2,191,200 | $1,482,913 | $50,000 | $1,432,913 | $708,287 |
| 2014 | $1,560,600 | $693,400 | $40,300 | $2,294,300 | $1,471,144 | $50,000 | $1,421,144 | $823,156 |
| 2013 | $732,400 | $769,700 | $35,300 | $1,537,400 | $1,449,403 | $50,000 | $1,399,403 | $87,997 |
| 2012 | $747,500 | $641,300 | $29,000 | $1,417,800 | $1,417,800 | $50,000 | $1,367,800 | $0 |
| 2011 | $747,500 | $0 | $12,200 | $759,700 | $759,700 | $0 | $759,700 | $0 |
| 2010 | $695,400 | $0 | $12,000 | $707,400 | $707,400 | $0 | $707,400 | $0 |

## Current Exemptions

| Grant Year | Value |
|---|---|
| 2012 | $25,000.00 |
| 2012 | $25,000.00 |

## Sales & Transfers

| Transfer Date | Recorded Consideration | Instrument Number | Qualification Code | Grantor/Seller | Instrument Type |
|---|---|---|---|---|---|
| 1/24/2014 | $100 | 2014034468 | 14 | KRAMER FRANCIS J | WD |
| 7/27/2009 | $1,020,000 | 2009095194 | 12 | FLAGSHIP NATIONAL BANK, | WD |
| 4/22/2009 | $100 | 2009053648 | 11 | MARTEL-PARSONS TTEE,REBECCA | CT |
| 8/12/2005 | $100 | 2005182022 | 11 | MARTEL-PARSONS,REBECCA | WD |
| 11/30/2004 | $1,890,000 | 2004230408 | 01 | WISE TTEE,DUANE O | WD |
| 12/9/2002 | $100 | 2002212553 | 11 | WISE DUANE O, | WD |
| 5/29/1998 | $540,000 | 1998071745 | 01 | DANZIGER ABE D & GENIA | WD |
| 2/1/1979 | $168,000 | 1288/899 | 01 |  | NA |

## Associated Tangible Accounts

There are no associated tangible accounts for this parcel

**Property record information last updated on: 6/7/2020**

FEMA Flood Zone (Data provided by Sarasota County Government as of 6/1/2020)
Different portions of a property can be in different flood zones. Please click on MAP link below to see the flood zones.

| FIRM Panel | Floodway | SFHA | Flood Zone ** | Community | Base Flood Elevation (ft) | CFHA * |
|---|---|---|---|---|---|---|
| 0143F | OUT | IN | AE | 125144 | 9 | OUT |
| 0143F | OUT | IN | AE | 125144 | 10 | OUT |

\* If your property is in a SFHA or CFHA, use the map to determine if the building footprint is within the flood area.
\*\* For more information on flood and flood related issues specific to this property, call (941) 861-5000
For general questions regarding the flood map, call (941) 861-5000.