UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCIS KRAMER and
CHRISTINE KRAMER,

    Plaintiffs,

v.                                                               Case No. 8:20-cv-1304-T-60CPT

STANTEC CONSULTING
SERVICES INC.,

    Defendant.

_____/

## ORDER DENYING MOTION TO DISMISS

This matter is before the Court on Defendant Stantec Consulting Services Inc's "Motion to Dismiss," filed on June 8, 2020. (Doc. 3). Plaintiffs responded in opposition on June 18, 2020. (Doc. 5). Upon review of the motion, response, court file, and record, the Court finds that Plaintiffs' complaint satisfies Rule 8 of the Federal Rules of Civil Procedure. Accordingly, the motion is **DENIED**. Defendants are directed to file an answer to the complaint on or before August 6, 2020.

**DONE** and **ENTERED** in Chambers, in Tampa, Florida, this 23rd day of July, 2020.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**